Argued and submitted July 15, on appeal, judgments vacated; remanded for entry of judgment dismissing plaintiff's claims, cross-appeal dismissed as moot August 5, 2009

## Lila D. SAXON,
*Plaintiff-Respondent*
*Cross-Appellant,*

*v.*

## METRO,
a political subdivision of the
State of Oregon,
*Defendant-Appellant*
*Cross-Respondent.*

Clackamas County Circuit Court
CV07050190; A137605

213 P3d 861

---

Richard P. Benner argued the cause for appellant-cross-respondent. With him on the briefs was Office of Metro Attorney.

Donald B. Bowerman argued the cause for respondent-cross-appellant. With him on the briefs were Kristen S. David and Bowerman and David, PC.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

On appeal, judgments vacated; remanded for entry of judgment dismissing plaintiff's claims. Cross-appeal dismissed as moot. *Bleeg v. Metro*, 229 Or App 210, 211 P3d 302 (2009).